■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VALENTINE MCFARLANE, Appellant. [633 NYS2d 1007] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Owens, J.), rendered April 18, 1994, convicting him of murder in the second degree, assault in the second degree, and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]). Balletta, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.